# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DANIEL THOMAS LANAHAN, | * | |
| Plaintiff | * | |
| v | * | Civil Action No. JFM-15-2510 |
| DIVISION OF CORRECTION, et al., | * | |
| Defendants | * | |

***

## MEMORANDUM

The above-captioned complaint was filed on August 17, 2015, together with a motion to proceed in forma pauperis. Because plaintiff appears to be indigent, the motion shall be granted.

The complaint alleges that plaintiff was almost killed at the Patuxent Institution because he knows how to "observe for homeland security." Plaintiff states that drug supplies were stopped by the U.S. Army and plaintiff's cousin. Plaintiff also claims that when the Maryland House of Correction was shut down "a lot of people from Africa Muslems [sic] got jobs in the division of correction they did all they could to make an example out of me." ECF 1, p. 3. Plaintiff states that drug suppliers from Africa hired "a front" and now Klid El Sayed will not let him go home. He indicates that a Muslim mafia is after him and his family. He asks to be placed it the federal witness protection program, to have his record expunged, for monetary damages, and to be given a new name. *Id.* He states that he has done all he can to have the Secret Service conduct an investigation on him, even threatening to kill the President. *Id.*

A complaint that is totally implausible or frivolous, such as this, may be dismissed sua sponte for lack of subject matter jurisdiction pursuant to Fed R. Civ. P 12 (b)(1). *See Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999); *O'Connor v. United States*, 159 F.R.D. 22 (D. Md. 1994); *see also Crowley Cutlery Co. v. United States*, 849 F.2d 273, 277 (7th Cir. 1988) (federal district

judge has authority to dismiss a frivolous suit on his own initiative). Clearly the allegations asserted by plaintiff are the product of fantasy or delusional thinking that cannot be addressed by this court. Plaintiff has not provided any information that might lead to a reasonable conclusion that some plausible cause of action has accrued on his behalf. As such, the case shall be dismissed. A separate Order follows.

_____
J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 OCT 29 PM 3:16

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY